UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:18-cr-00092-JMS-DML |
| | ) | |
| DAKOTA SOVERN (01), | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Mark Dinsmore's Report and Recommendation dkt [64] recommending that Dakota Sovern's supervised release be revoked, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Dinsmore's Report and Recommendation dkt [64]. The Court finds that Mr. Sovern committed Violation Numbers 1, 2, and 3 as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* dkt [46]. The Court dismisses the Supplemental Petition, Violation Numbers 4 and 5 at dkt [57]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. Sovern is sentenced to the custody of the Attorney General or his designee for a period of thirteen (13) months with no supervised release to follow.  The Court recommends placement at FCI Oxford, Wisconsin or FCI Milan, Michigan.

Date: 6/6/2022

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal